

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William T. Lenz | Civil Action No. 16cv1755-JLS-PCL |
| Plaintiff, | |
| V. | |
| Nancy A. Berryhill, Acting Commissioner of Social Security | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court hereby: (1) Adopts Magistrate Judge Lewis's Report and Recommendation; (2) Grants Plaintiff's Motion for Summary Judgment and Denies Defendant's Cross-Motion for Summary Judgment; and (3) Remands the case to the Social Security Administration for further proceedings.

Date: 11/20/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy